**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHILIP LANGHORNE, | ) |
| Plaintiff | ) |
| v. | ) **Case No.: 1:15-cv-00109-JTC** |
| LEGAL PREVENTION SERVICES, LLC, | ) |
| Defendant | ) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: April 13, 2015         BY: */s/ Craig Thor Kimmel*
                              Craig Thor Kimmel, Esquire
                              Attorney ID # 2790038
                              Kimmel & Silverman, P.C
                              1207 Delaware Avenue, Suite 440
                              Buffalo, NY 14209
                              Phone: (716) 332-6112
                              Facsimile: (877) 788-2864
                              Email: kimmel@creditlaw.com
                              Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 13th day of April, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Jason Evans, Esq.
Jason Evans Law
5355 Main Street
2ND Floor
Williamsville, NY 14221
jason@Jasonevanslaw.com

                                                 */s/ Craig Thor Kimmel*
                                                 Craig Thor Kimmel, Esquire
                                                 Attorney ID # 2790038
                                                 Kimmel & Silverman, P.C
                                                 1207 Delaware Avenue, Suite 440
                                                 Buffalo, NY 14209
                                                 Phone: (716) 332-6112
                                                 Facsimile: (877) 788-2864
                                                 Email: kimmel@creditlaw.com
                                                 Attorney for Plaintiff